IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VISTA HEALTHPLAN, INC. and ROSS LOVE, on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br><br>vs.<br><br>ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTE, and LABORATOIRES FOURNIER, S.A.,<br><br>Defendants. | Civil Action No. 05-365-KAJ |

**AFFIDAVIT OF NON-RESIDENT SERVICE**

>Pamela S. Tikellis (D.S.B.A. No. 2172)
>A. Zachary Naylor (D.S.B.A. No. 4439)
>Robert R. Davis (D.S.B.A. No. 4536)
>CHIMICLES & TIKELLIS LLP
>One Rodney Square
>P.O. Box 1035
>Wilmington, DE  19899
>Telephone:  (302) 656-2500
>Facsimile:  (302) 656-9053

DATED: July 6, 2005

I, A. Zachary Naylor, being duly sworn, according to law, deposes and says:

1. He is an attorney admitted to practice before the bar of the Supreme Court of the State of Delaware and the United States District Court for the District of Delaware.

2. He is an associate at the law firm of Chimicles & Tikellis LLP, attorneys for Plaintiffs in the above-captioned matters.

3. Service of process was made in Civil Action No. 05-365-KAJ, pursuant to 10 <u>Del. C.</u> § 3104 on defendant Abbott Laboratories, a business located in Illinois, by serving the Secretary of State of the State of Delaware, on June 14, 2005.

4. On June 15, 2005, I caused copies of the process served on the Secretary of State in Civil Action No. 05-365-KAJ to be mailed, by registered mail, return receipt requested to defendant Abbott Laboratories, addressed as follows: Abbott Laboratories, Attn: General Counsel, 100 Abbott Park Road, Abbott Park, IL 60064. A true and correct copy of the letter transmitting the Summons and Complaint is attached hereto as Exhibit "A."

5. A true and correct copy of the original registered mail receipt obtained at the time of mailing is attached hereto as Exhibit "B."

6. A true and correct copy of the original returned "green card" return receipt, received by the undersigned affiant on June 27, 2005 is attached hereto as Exhibit "C."

7. Exhibit C was returned to the undersigned affiant without a signature. I thereafter requested further evidence of delivery from the United States Postal Service. On July 6, 2005, the United States Postal Service provided a copy of PS Form 3883, "Firm Delivery Receipt for Accountable and Bulk Delivery Mail", attached hereto as Exhibit "D". PS Form 3883 reflects delivery upon Abbott Laboratories signed for by C. Hamlet on June 22, 2005.

A. Zachary Naylor (#4439)

SWORN TO AND SUBSCRIBED before me this 6th day of July, 2005.

                                          */s/ Catherine H. Emmett*
                                          Catherine H. Emmett, Notary
                                          State of Delaware
                                          My Commission Expires 1/26/07