IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VISTA HEALTHPLAN INC., and ROSS LOVE, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Civ. No. 05-365-SLR |
| ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTE', and LABORATORIES FOURNIER S.A., ) ) ) ) | |
| Defendants. ) | |

**O R D E R**

At Wilmington this 4th day of February, 2008, the above captioned case having recently been reassigned;

IT IS ORDERED that the case shall be managed pretrial as follows:

1. If there is a pending motion to dismiss, the court will endeavor to address such pending motion as soon as practicable.  However, if the motion to dismiss is not case dispositive or if other nondispositive pretrial motions are pending, the court will schedule a Rule 16 conference in order to establish discovery deadlines and discuss a trial date, in addition to resolving any such pending motions.

2. If there are no pending motions, the court will schedule a Rule 16 conference in order to establish discovery deadlines and discuss a trial date.

3. If there is a pending motion for summary judgment, the moving party

will be required to file with the court a short and concise statement, in numbered paragraphs, of: (a) the material facts as to which the moving party contends there is no genuine issue to be tried; and (b) the legal issues upon which judgment is sought. The non-moving party will be required to respond in kind, with the content of the numbered paragraphs of the responsive statement corresponding to the content of the numbered paragraphs of the movant's statement. Based on this exchange of information, and perhaps with the benefit of a status conference, the court will either entertain the motion based on the papers filed, or will deny said motion summarily and schedule trial instead.

    4. On a case-by-case basis, the court will refer appropriate cases and matters (including for mediation) to the magistrate judges.

    5. The court will issue case-specific orders, consistent with the above, in due course.

                                                                                         */s/*
                                                                   United States District Judge